**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1172**

MATTHEW FEEHAN,

        Plaintiff - Appellant,

    v.

GRAND CANYON UNIVERSITY,

        Defendant - Appellee,

    and

RECOVERY MANAGEMENT SERVICES, INC. ("RMS, Inc."),

        Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Louise W. Flanagan, District Judge. (7:23-cv-00287-FL)

Submitted: May 15, 2025                    Decided: May 19, 2025

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Matthew Feehan, Appellant Pro Se. Alex John Hagan, ELLIS & WINTERS, LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Feehan appeals the district court's order granting Grand Canyon University's motion to dismiss and dismissing Feehan's complaint alleging violations of federal and state laws governing debt collection practices.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Feehan v. Grand Canyon Univ.*, No. 7:23-cv-00287-FL (E.D.N.C. Feb. 13, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*